UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00383

**Monterio Wesco,**
*Plaintiff,*

v.

**T-Mobile USA, Inc.,**
*Defendant.*

# ORDER

Plaintiff, proceeding pro se, filed this action for defendant's alleged violations of Texas Business and Commerce Code § 3.301 and 15 U.S.C. §§ 1601–05. Doc. 1 at 4. The case was referred to a magistrate judge, who issued a report recommending that plaintiff's federal claims be dismissed with prejudice for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii) and that his state claim be dismissed without prejudice for lack of jurisdiction. Doc. 5 at 4. Plaintiff has not filed written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's federal claims are dismissed with prejudice for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii), and his state claim is dismissed without prejudice for lack of pendent jurisdiction. Any pending motions are denied as moot.

*So ordered by the court on November 17, 2025.*

J. CAMPBELL BARKER
United States District Judge